IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ERIC HOLLOWAY, JONNY BOADU,**
**and LAMBERT DOMEY**                                                                 **PLAINTIFFS**

V.                                            4:12CV00074 JMM

**SOS STAFFING SERVICES INC. and**
**SCHLUMBERGER TECHNOLOGY**
**CORPORATION**                                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendants.

IT IS SO ORDERED this 13th day of February, 2014.

_____
James M. Moody
United States District Judge